# EXHIBIT A



**My deal with you still stands obviously**

Nice to wipe out any negative P&L

Tue, Feb 23, 6:33 PM



**Pretty good looking actually**

Also it's not running uncontrollably down a hill + likely has working doors which are huge positives