# EXHIBIT G

| | |
|---|---|
| **From:** | Jeff Enquist on behalf of Jeff Enquist <​█████████> |
| **To:** | Gilchrist Berg; Lisa Rivers |
| **Cc:** | Davis Berg; Accounting Group |
| **Subject:** | Silverado Invoice for WaterStreet Progress Payment |
| **Date:** | Thursday, December 2, 2021 9:26:28 PM |
| **Attachments:** | 2021-12-02 - Silverado Invoice to WaterStreet - WS0002.pdf |

Gilchrist,

Thanks again for offering to pay Silverado the $200k progress payment before you have completely closed out the positions. I think there is a decent chance those scumbags actually go to jail.

It was great getting to chat ideas & philosophy more with both you & Davis this week. I enjoyed finally meeting in person and I appreciate you both being so generous with your time.

I hope you have a great trip.

All the best,
Jeff

**Invoice** WS0002: $200,000

**Wire Instructions:**
Bank: ███████
Swift: ███████
Routing Number – ███████
Account Number – ███████
Account Name – Silverado Capital LLC

**Check (mail to):**
Silverado Capital LLC – Attn: Jeff Enquist
███████
███████

Jeff Enquist
**Silverado Capital**
███████
███████