**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SILVERADO CAPITAL LLC,
a California limited liability company,

      Plaintiff,                                     Case No.: 3:23-cv-00556-MMH-PDB

v.

WATER STREET CAPITAL, INC.,
a Florida corporation,

      Defendant.

**JOINT STATUS REPORT**

As directed by the Court following the July 3, 2024 telephonic hearing, Silverado Capital LLC and Water Street Capital, Inc. hereby file this joint status report to notify the Court that the parties have reached an agreement regarding the use of a neutral forensic examiner, and state as follows:

      1.      The parties agree to utilize a neutral forensic examiner to examine the forensic image of Mr. Enquist's cellular telephone and prepare a joint expert report regarding the authenticity of certain screenshots.

      2.      The parties also agree that their respective experts, Michael Weil and Adam Sharp, will not be permitted to opine about the authenticity of any screenshots, but they should be permitted to provide expert testimony regarding the features or operation of the Signal application, Global Relay Archive, or other issues unrelated to the authenticity of the screenshots.

3. With the Court's approval, the parties propose the Court appoint Andrew Reisman as the neutral forensic examiner. Mr. Reisman's curriculum vitae is attached hereto as **Exhibit A**.

4. Acknowledging that not all screenshots exchanged in discovery are at issue for the purposes of authenticity, the parties further agree they will work cooperatively to identify which screenshots will be within the scope of Mr. Reisman's examination.

5. The parties agree to prepare a protocol for Mr. Reisman's examination. As part of this protocol, the parties agree that there will be no ex parte communications between either side and Mr. Reisman and that Messrs. Weil and Sharp may participate in joint calls with Mr. Reisman and the parties regarding his examination.

6. The parties also agree that as part of the protocol, should one party request additional forensic examination work be performed beyond what Mr. Reisman reasonably believes may be necessary to address the authenticity issue, that party shall bear the cost of the requested, additional work. Should any dispute arise regarding bearing costs of components of Mr. Reisman's examination, the parties will work cooperatively to resolve any such disputes before requesting the Court's assistance.

7. The parties also agree to prepare an ESI/Confidentiality Agreement for the purposes of Mr. Reisman's examination.

8. Mr. Reisman's hourly rate is $595. The remaining members of his team who may assist him have hourly rates between $300 and $595. The parties agree these hourly rates are reasonable in light of the work to be performed.

9. The parties have also conferred regarding the amended deadlines in the Case Management and Scheduling Order (D.E. 19) and respectfully request that the Court enter the deadlines proposed in paragraph 4 of the June 24, 2024, Joint Status Report (D.E. 38).

10. With respect to expert disclosures, the parties agree that an amended schedule is necessary, given the agreement to withdraw expert testimony regarding the authenticity of the screenshots. The parties propose the following schedule for expert disclosures:

>Plaintiff: August 9, 2024

>Defendant: August 23, 2024

>Rebuttal: September 6, 2024

Respectfully submitted,

| **GUNSTER YOAKLEY & STEWART, P.A.** | **SMITH, GAMBRELL & RUSSELL, LLP** |
|---|---|
| */s/ Lauren V. Purdy* | */s/ Richard D. Rivera* |
| Lauren V. Purdy | Steven E. Brust |
| Florida Bar No. 93943 | Florida Bar No.: 0892091 |
| Email: lpurdy@gunster.com | Email: sebrust@sgrlaw.com |
| David M. Wells | Alan S. Wachs |
| Florida Bar No. 309291 | Florida Bar No.: 980160 |
| Email: dwells@gunster.com | Email: awachs@sgrlaw.com |
| Justin T. Delise | Richard D. Rivera |
| Florida Bar No. 1039356 | Florida Bar No.: 0108251 |
| Email: jdelise@gunster.com | Email: rrivera@sgrlaw.com |
| 1 Independent Drive, Suite 2300 | 50 N. Laura Street, Suite 2600 |
| Jacksonville, FL 32202 | Jacksonville, Florida 32202 |
| Tel: (904) 354-1980 | Tel: (904) 598-6100 |
| Fax: (904)354-2170 | Fax: (904) 598-6300 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |