## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

SILVERADO CAPITAL LLC,
a California limited liability company,

    Plaintiff,

v.

WATER STREET CAPITAL, INC.,
a Florida corporation,

    Defendant.

Case No.: 3:23-cv-00556-MMH-PDB

## JOINT NOTICE OF SETTLEMENT

Plaintiff Silverado Capital LLC and Defendant Water Street Capital, Inc. (collectively, "Parties"), jointly notify the Court of their agreement to a term sheet resolving all matters in dispute between them. The Parties respectfully submit that they are working on memorializing the terms of their settlement in a formal settlement agreement which will result in the dismissal of this action *with prejudice,* with each party bearing its own attorneys' fees, costs and expenses. The Parties respectfully request the Court retain jurisdiction while the formal settlement agreement is being finalized. The Parties anticipate the dismissal with prejudice being on file with the Court within 7 days. Respectfully submitted this 9th day of August, 2024.

| | |
|---|---|
| **GUNSTER YOAKLEY & STEWART, P.A.** | **SMITH, GAMBRELL & RUSSELL, LLP** |
| */s/ Lauren V. Purdy* | */s/ Steven E. Brust* |
| Lauren V. Purdy | Steven E. Brust |
| Florida Bar No. 93943 | Florida Bar No.: 0892091 |
| Email: lpurdy@gunster.com | Email: sebrust@sgrlaw.com |

1

| | |
|---|---|
| David M. Wells<br>Florida Bar No. 309291<br>Email: dwells@gunster.com<br>Justin T. Delise<br>Florida Bar No. 1039356<br>Email: jdelise@gunster.com<br>1 Independent Drive, Suite 2300<br>Jacksonville, FL 32202<br>Tel: (904) 354-1980<br>Fax: (904)354-2170<br><br>*Attorneys for Plaintiff* | Alan S. Wachs<br>Florida Bar No.: 980160<br>Email: awachs@sgrlaw.com<br>Richard D. Rivera<br>Florida Bar No.: 0108251<br>Email: rrivera@sgrlaw.com<br>50 N. Laura Street, Suite 2600<br>Jacksonville, Florida 32202<br>Tel: (904) 598-6100<br>Fax: (904) 598-6300<br><br>*Attorneys for Defendant* |