# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SILVERADO CAPITAL LLC,

    Plaintiff,

v.                                                        Case No. 3:23-cv-556-MMH-PDB

WATER STREET CAPITAL, INC.,

    Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Notice of Settlement (Dkt. No. 45; Notice) filed on August 9, 2024. In the Notice, the parties advise the Court that they have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **October 15, 2024**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **October 15, 2024**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for January 21, 2025, is cancelled, and this case is removed from the February 2025, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of August, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record