UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SILVERADO CAPITAL LLC,
a California limited liability company,

    Plaintiff,

v.

    Case No.: 3:23-cv-00556-MMH-PDB

WATER STREET CAPITAL, INC.,
a Florida corporation,

    Defendant.

_____

**WATER STREET CAPITAL, INC.'S**
**NOTICE OF WITHDRAWAL OF FRAUD ALLEGATIONS CONTAINED IN**
**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Water Street Capital, Inc. ("Water Street") hereby files this Notice of Withdrawal of Fraud Allegations Contained in its Answer and Affirmative Defenses. Water Street withdraws its allegations and Affirmative Defenses asserting that Silverado Capital LLC and/or Jeffrey Enquist committed fraud on the Court and disputing the authenticity of the exhibits to the Complaint. Specifically, Water Street withdraws the following allegations as follows.

- Allegations withdrawn from the *Answer*:
    - ¶ 39, in full
    - ¶ 40, in full
- Allegations withdrawn from the *Allegations Common to the Affirmative Defenses*:

1

- o ¶ 13, in full

- Allegations withdrawn from the *Affirmative Defenses*:

  - o Water Street's Third Affirmative Defense, in full

Dated: August 29, 2024

Respectfully submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**

/s/ *Steven E. Brust*
Steven E. Brust
Florida Bar No.: 0892091
Email: sbrust@sgrlaw.com
Alan S. Wachs
Florida Bar No.: 980160
Email: awachs@sgrlaw.com
Richard D. Rivera
Florida Bar No.: 0108251
Email: rrivera@sgrlaw.com
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6100
Fax: (904) 598-6300

*Attorneys for Defendant*