UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SILVERADO CAPITAL LLC,
a California limited liability company,

     Plaintiff,

v.

WATER STREET CAPITAL, INC.,
a Florida corporation,

     Defendant.

Case No.: 3:23-cv-00556-MMH-PDB

_____

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 3.09(b), Plaintiff Silverado Capital LLC and Defendant Water Street Capital, Inc. (collectively, "the Parties"), having reached an amicable settlement of all matters in dispute and things between them, jointly stipulate to the dismissal of all claims by Silverado Capital LLC against Water Street Capital, Inc. with prejudice. The Parties further stipulate that each of them shall bear its own attorneys' fees and costs in connection with this action, and the Parties respectfully request the entry of an order approving this Stipulation.

Respectfully submitted,

| | |
|---|---|
| **GUNSTER YOAKLEY & STEWART, P.A.** | **SMITH, GAMBRELL & RUSSELL, LLP** |
| /s/ *Lauren V. Purdy* | /s/ *Steven E. Brust* |
| Lauren V. Purdy | Steven E. Brust |

ACTIVE:24294038.1

| | |
|---|---|
| Florida Bar No. 93943 | Florida Bar No.: 0892091 |
| Email: lpurdy@gunster.com | Email: sbrust@sgrlaw.com |
| David M. Wells | Alan S. Wachs |
| Florida Bar No. 309291 | Florida Bar No.: 980160 |
| Email: dwells@gunster.com | Email: awachs@sgrlaw.com |
| Justin T. Delise | Richard D. Rivera |
| Florida Bar No. 1039356 | Florida Bar No.: 0108251 |
| Email: jdelise@gunster.com | Email: rrivera@sgrlaw.com |
| 1 Independent Drive, Suite 2300 | 50 N. Laura Street, Suite 2600 |
| Jacksonville, FL 32202 | Jacksonville, Florida 32202 |
| Tel: (904) 354-1980 | Tel: (904) 598-6100 |
| Fax: (904)354-2170 | Fax: (904) 598-6300 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

ACTIVE:24294038.1