UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SILVERADO CAPITAL LLC,

    Plaintiff,

v.                                              Case No. 3:23-cv-556-MMH-PDB

WATER STREET CAPITAL, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 49; Stipulation) filed on August 30, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of September, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record